IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-po-00740-JFA |
| | ) | |
| MICHELLE KUHN | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The Clerk will please note the appearance of Aaron S. Book as counsel for defendant Michelle Kuhn in this matter.

Michelle Kuhn
By Counsel

___________/s/____________________

Aaron S. Book (VSB No. 43868)
WEBSTER BOOK LLP
300 N. Washington St., Suite 404
Alexandria, VA 22314
888-987-9991 Phone & Fax
abook@websterbook.com
Counsel for Michelle Kuhn

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

______________/s/____________________

Aaron S. Book (VSB# 43868)
WEBSTER BOOK LLP
300 N. Washington St., Suite 404
Alexandria, VA 22314
888-987-9991 Phone & Fax
abook@websterbook.com